*George S. Mittendorf* and *Francis O. Mayer* for appellant.
*Irwin Isaacs* for respondent.

*William S. Tyson, Bessie Margolin, Irving Rozen* and *David O. Walter* for United States Department of Labor, *amicus curiæ*, in support of respondent's position.

Judgment affirmed, with costs, but without prejudice to any application which plaintiff's counsel may be advised to make at Trial Term for compensation for his services upon this appeal. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

In the Matter of HAROLD BAKERMAN, an Attorney, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued January 15, 1946; decided March 7, 1946.

*Irving I. Goldsmith* and *Walter M. Hinkle* for appellant.
*Einar Chrystie* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

In the Matter of WILLIAM J. SCHOTTKE et al., Appellants, against THOMAS W. H. JEACOCK et al., Constituting the Erie County Department of Social Welfare, et al., Respondents.

Argued January 17, 1946; decided March 7, 1946.